IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00436-WDM-CBS

KIT CAPPS,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC., a Florida corporation,

    Defendant.

---

### NOTICE OF DISMISSAL WITH PREJUDICE
_____

    **COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: April 15, 2007.

    _s/ David M. Larson_____
    David M. Larson, Esq.
    Attorney for the Plaintiff
    405 S. Cascade Avenue Suite 305
    Colorado Springs, CO 80903
    (719) 473-0006